MAYOR AND ALDERMEN OF JERSEY CITY, PLAINTIFFS
IN ERROR, v. WILLIAM D. TALLMAN, DEFENDANT IN
ERROR.

1.  On a trial by a judge without a jury, it is his province to settle the
facts according to his views of the evidence.
2.  His findings of fact are not reviewable on error. · It is only where the
facts found do not support the conclusion that the judgment can be
disturbed on error.

On error to the Supreme Court.

For the plaintiffs in error, *Spencer Weart, John A. Blair*
and *William D. Edwards.*

For the defendant in error, *Allan L. McDermott.*

PER CURIAM.

The record shows that the issue in this cause was tried
before a judge without a jury, and the bills of exception show
that upon the trial the judge found the following facts, viz. :
That the city, by its lawfully-authorized agents, employed
Tallman as supervising inspector of a city hall then to be
erected at a salary of five dollars ($5) per day, to commence
when the work upon the building should have been started ;
that T. accepted the employment ; that the city's agents after-
wards directed him to report for duty, which he did ; that
during the period covered by the declaration, he performed
services for the city and such services as were required of him
as such inspector.

Upon these facts the conclusion of the judge was that T.
was entitled to recover five dollars ($5) per day for every day
during the period covered by the claim (except Sundays and
holidays), and, upon a *postea* expressing that conclusion, judg-
ment was entered, to remove which this writ of error was
brought.

The bills of exception, on which error is assigned, all challenge the correctness of the judge's findings of fact, except one, which objects to the conclusion upon the facts found.

On a trial by a judge without a jury, it is his province to settle the facts according to his views of the evidence. *Kalbfleisch* v. *Standard Oil Co.*, 14 *Vroom* 259. His findings of fact are not reviewable on error. It is only where the facts found do not support the conclusion that the judgment can be disturbed on error. *Columbia, &c., Co.* v. *Geisse*, 9 *Id.* 39, 580; *City, &c.*, v. *Hill*, 10 *Id.* 555; *Blackford* v. *Plainfield, &c.*, 14 *Id.* 438.

Upon the facts found, the conclusion reached is supported and no reviewable error appears.

Let the judgment be affirmed.

*For affirmance*—The Chief Justice, Depue, Garrison, Gummere, Ludlow, Van Syckel. Bogert, Dayton, Hendrickson, Nixon.   10.

*For reversal*—Dixon.   1.